1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11   KENNETH F. MUSE, JR.,              )        NO. CV 11-7622-GHK(E)
                                        )
12                 Petitioner,          )
                                        )
13            v.                        )                JUDGMENT
                                        )
14   DOMINGO URIBE, JR., Warden CEN,    )
                                        )
15                 Respondent.          )
     _____)

16

17

18        Pursuant to the "Order of Dismissal,"

19

20        IT IS ADJUDGED that the Petition is denied and dismissed

21   without prejudice.

22

23        DATED: _____9/27_____, 2011.

24

25

26   _____
                        GEORGE H. KING
27              UNITED STATES DISTRICT JUDGE

28